United States District Court
Eastern District of Washington

_Matthew Thomas Ferguson_

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 20 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_United States Dept. of Veterans Affairs_
_Doug Collins, et al._

Case No. 2:25-CV-00455-RLP
(To be filled out by Clerk's Office only)

**AMENDED COMPLAINT**

Jury Demand?
☐ Yes
☐ No

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)_

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Ferguson, Matthew T
Name (Last, First, MI)

1721 N. Willow Rd
Street Address

Spokane, Spokane Valley    WA    99206
County, City              State  Zip Code

509 904 2822
Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Collins, Doug (in his official capacity)
Name (Last, First)

810 Vermont Ave, NW
Street Address

DC, DC              DC        20420
County, City        State     Zip Code

Defendant 2: Fischer, Robert (in his official capacity)
Name (Last, First)

4815 N Assembly ~~Rd~~ St.
Street Address

Spokane, Spokane    WA        99205
County, City        State     Zip Code

**Defendant(s) Continued**

Defendant 3: _____
Name (Last, First)

_____
Street Address

_____
County, City           State           Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City           State           Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

## III. VENUE

This court can hear cases arising out of the Eastern District of Washington.

Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.

Venue is appropriate in this Court because:

All events occured at or under the authority of the US Dept. of VA - Spokane VAMC Spokane, WA

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Spokane, Spokane Valley WA

Date(s) of occurrence: May 2025 - ongoing

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.

**FACTS:**

What happened to you?

Spokane VAMC under direct authority of Dr Fischer failed to execute mandatory statuts, VISN 20 and OAWP and the VA were complicit in protecting agency and allowing continuous harm to occur.

| Was anyone else involved? | OAWP, VISN 20, OGC, Congress |

| Who did what? |
|---|

On June 10, 2025, Spokane VAMC Privacy officer stated my complaint appeared to be malpractice. On June 13, 2025, Dr. Seely, clinical director, ordered my care into the community citing "medical best interest" under Mission Act stating "they don't care and they don't want to deal with it".
On June 17th (I received letter June 20) Spokane VAMC admitted order existed but stated I did not qualify in violation of Mission Act. Everything that transpired since has obstructed, concealed and manipulated my record to erase that order.

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Plaintiff is permanently disabled and chronically ill is service connected for major depression and has complex PTSD, with complex immune issues that have been destabilized by the failure to implement this order and the VAMC has denied responsibility in coordinating community care. My current IVIG infusion, which is life sustaining) will expire Jan 31, 2026 with no valid VA path to re authorize

## VI. RELIEF

The relief I want the court to order is:

☐ Money damages in the amount of: $ _____

☒ Other (explain):

Plaintiff seeks immediate injunctive relief compelling VA to:
1. execute June 13 lawfully binding medical order
2. restore lawful community care to ensure IVIG continuance
3. Remove DBC flag that was retaliatory
4. Any other relief or intervention the court feels is necessary to restore

## VII.  CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

11-20-2025
Dated

Plaintiff's Signature

Ferguson, Matthew T
Printed Name (Last, First, MI)

1721 N Willow Rd    Spokane Valley    WA    99206
Address                City                State    Zip Code

509 904 2822
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*