AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 04, 2025**

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| MATTHEW T FERGUSON<br>*Plaintiff*<br>v.<br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS<br>*Defendant* | Civil Action No. 2:25-CV-00455-RLP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order filed at ECF No 11, plaintiff Matthew Ferguson's Amended Complaint, ECF No. 8, is DISMISSED without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge REBECCA L. PENNELL

Date: 12/4/2025

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*